**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-21-0000468**
**06-DEC-2021**
**10:04 AM**
**Dkt. 28 OGMD**

NO. CAAP-21-0000468

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee, v.
GARY R. GADIENT, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CASE NOS. 2CPC-21-0000062 and 2CPC-21-0000122)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Leonard, Presiding Judge, Wadsworth and Nakasone, JJ.)

Upon review of Defendant-Appellant Gary R. Gadient's (**Gadient**) November 8, 2021 Motion to Dismiss Appeal, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) Gadient seeks to dismiss the appeal; (3) attached to the motion is Gadient's declaration showing he understands the consequences of voluntary dismissal, consistent with Hawaiʻi Rules of Appellate Procedure (**HRAP**) Rule 42(c); and (4) dismissal is authorized by HRAP Rule 42(b) and (c).

Therefore, IT IS HEREBY ORDERED that the motion is granted, and the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, December 6, 2021.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Karen T. Nakasone
Associate Judge